UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

KEVIN M. LYNN,

Plaintiff,

v.

MONARCH RECOVERY
MANAGEMENT, INC.,

Defendant.

Case No: 1:11-cv-02824-WDQ

## DEFENDANT, MONARCH RECOVERY MANAGEMENT, INC.'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant, Monarch Recovery Management, Inc. ("Monarch"), through counsel, and pursuant to the Federal Rules of Civil Procedure, hereby responds to the Request for Production of Documents propounded by Plaintiff, Kevin M. Lynn, as follows:

**REQUEST FOR PRODUCTION NO. 1:** All documents referred to in your Answers to Interrogatories. (*U.S.D.C. for Maryland Standard Document Request #1*).

**RESPONSE:**

Subject to the objections set forth in Monarch's Answers to Interrogatories served concurrently with these Responses, see attached.

**REQUEST FOR PRODUCTION NO. 2:** All statements (as that term is used in Fed. R. Civ. P. 26(b)(3)(C) which were previously made by this party and any of its present or former directors, officers, or employees, concerning the action or its subject matter. (*U.S.D.C. for Maryland Standard Document Request #2*).

1

**RESPONSE:**

None.

**REQUEST FOR PRODUCTION NO. 3:**   All documents sent to, or received from, you and the Plaintiff.

**RESPONSE:**

None.

**REQUEST FOR PRODUCTION NO. 4:**   All documents (including, but not limited to, fee arrangements, reports, and correspondence) provided to, received from, or prepared by each witness identify by you in connection with the disclosures required by Fed. R. Civ. P. 26(a)(2)(A) or in connection with any witness identified in your Answer to Standard Interrogatory No. 8 or 9. (*U.S.D.C. for Maryland Standard Document Request #4*).

**RESPONSE:**

None at this time.

**REQUEST FOR PRODUCTION NO. 5:**   Your entire collection file for the account or debt which you were attempting to collect or obtain information about during or elated [sic] to any of the alleged calls to Plaintiff or 301-620-2250.

**RESPONSE:**

Monarch objects to this Request as overbroad and unlimited in time, description or scope, and seeking documents that are not relevant to the allegations contained in

the Complaint and not likely to lead to the discovery of admissible evidence. Moreover, this request seeks the production of documents containing financial and personal identifying information of third parties that cannot be produced without an appropriate confidentiality agreement or order. A privilege log is attached.

**REQUEST FOR PRODUCTION NO. 6:** All documents in your possession that refer to or relate to any fact(s) which you believe may have any bearing upon this lawsuit or any defenses you have raised in this lawsuit, excluding documents that may be subject to a privilege.

**RESPONSE:**

See produced in response to these Requests for Production of Documents. Further answering, Monarch will supplement its response to the extent necessary, as investigation and discovery continue.

**REQUEST FOR PRODUCTION NO. 7:** All drafts, mock ups, or final versions of any scripts or messages used to contact debtors, alleged debtors, or persons who you contact to attempt to collect a debt or to obtain information about, including any related to the alleged calls to Plaintiff or 301-620-2250.

**RESPONSE:**

Monarch objects to this Request as overbroad and unlimited in time, description or scope, and seeking documents that are not relevant to the allegations contained in the Complaint and not likely to lead to the discovery of admissible evidence.

Subject to the foregoing, the scripts recited or followed in connection with any outgoing call to telephone number 301-620-2250 alleged in the Complaint are attached, Bates labeled MRM-000001.

**REQUEST FOR PRODUCTION NO. 8:** All insurance policies under which a person carrying on an insurance business might be liable to pay to you or on your behalf all or part of the damages sought in this action. (*U.S.D.C. for Maryland Standard Document Request #8*).

**RESPONSE:**

See attached, Bates labeled MRM-000002-56.

**REQUEST FOR PRODUCTION NO. 9:** All documents upon which your Responses to any Requests for Admissions are based, or support those Responses, especially for any Requests that were denied.

**RESPONSE:**

Subject to the objections set forth in Monarch's Responses to Requests for Admissions served concurrently with these Responses, see attached. Further answering, Monarch's Responses to Requests for Admissions may also be based upon documents withheld from this production pursuant to a claim of privilege or confidentiality. See privilege log attached.

**REQUEST FOR PRODUCTION NO. 10:** A list of or documents identifying all fax numbers to which you or any company you have operated including but not limited to

Wholesale Connection Company, sent, caused to be sent, directly or through others, any material advertising the commercial availability or quality of any property, goods, or services.

**RESPONSE:**

Monarch objects to this Request as overbroad and unlimited in time or scope, and seeking documents that are not relevant to the allegations contained in the Complaint and not likely to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 11:** All documents identifying any calls to Plaintiff or 301-620-2250.

**RESPONSE:**

Monarch objects to this Request as overbroad and unlimited in time, and as seeking the production of documents containing financial and personal identifying information of third parties that cannot be produced without an appropriate confidentiality agreement or order. A privilege log is attached.

**REQUEST FOR PRODUCTION NO. 12:** The complete telephone invoices or statements for your phone bills or statements including call detail records for the periods from (1) July 1, 2010 through August 31, 2010 and (2) from March 1, 2011 through May 31, 2011.

**RESPONSE:**

Monarch objects to this Request as overbroad and in that it will unduly burden

Monarch with the task of obtaining itemized phone records from its service provider, Broadview Networks, which Monarch does not maintain in the ordinary course of business, and further burden Monarch with the task of searching for and identifying all calls to the subject phone number in what is voluminous material, most of which is irrelevant to the calls or facts at issue. Moreover, information regarding calls placed on the subject accounts are alternatively available in the records that can be produced in response to Request for Production No. 5, above, pursuant to an appropriate confidentiality order.

**REQUEST FOR PRODUCTION NO. 13:** All contracts, agreements or documents between you and any person or entity who initiated or dialed any calls alleged in this suit.

**RESPONSE:**

Monarch objects to this Request as overbroad. Subject to the foregoing, see the attached contract Broadview Networks, Bates labeled MRM-000057-68. Further answering, this request seeks the production of documents containing proprietary information, the confidentiality of which Monarch is contractually bound to maintain, and which, accordingly, cannot be produced without an appropriate confidentiality agreement or order. A privilege log is attached.

**REQUEST FOR PRODUCTION NO. 14:** A copy of all licenses you have or use which were issued by the Maryland Department of Labor, Licensing and Regulation.

**RESPONSE:**

Monarch's current collection agency license Nos. 1416 and 5600 are attached, Bates labeled MRM-000069-70.

**REQUEST FOR PRODUCTION NO. 15:** The owners manual, instructions and any other manuals related to any equipment used to dial or call Plaintiff or 301-620-2250.

**RESPONSE:**

Monarch objects to this Request as overbroad, unduly burdensome, and seeking documents that are not relevant to the allegations contained in the Complaint and not likely to lead to the discovery of admissible evidence. Subject to the foregoing, Monarch possesses manuals totaling into thousands of pages of documents pertaining to is Aspect dialer. Cover sheets for each manual are attached, Bates labeled MRM-000071-77. If plaintiff will use the attached to refine his request, Monarch will reconsider its response.

**REQUEST FOR PRODUCTION NO. 16:** All documents upon you base any assertion that the calls alleged in this suit were not made by you or on your behalf.

**RESPONSE:**

None.

**REQUEST FOR PRODUCTION NO 17:** All documents upon which you base any assertion that any debt you were trying to collect or obtain information about for in any alleged call to Plaintiff or 301-620-2250 was not a '*debt*' as defined as above in the Definitions herein.

**RESPONSE:**

None at this time.

**REQUEST FOR PRODUCTION NO. 18:** All account documents including electronic ones related to any debt or account for which the alleged calls to the Plaintiff or 301-620-2250 were made by you or any person or entity acting on your behalf or for which you were trying to reach George Teddy or obtain any information about at the number 301-620-2250.

**RESPONSE:**

Monarch objects to this Request as overbroad and as seeking the production of documents containing financial and personal identifying information of third parties that cannot be produced without an appropriate confidentiality agreement or order. A privilege log is attached.

**REQUEST FOR PRODUCTION NO. 19:** Call detail reports, records, records or logs for each and every alleged call to Plaintiff or 301-620-2250.

**RESPONSE:**

Monarch objects to this Request as overbroad and unlimited in time, and as seeking the production of documents containing financial and personal identifying information of third parties that cannot be produced without an appropriate confidentiality agreement or order. A privilege log is attached.

**REQUEST FOR PRODUCTION NO. 20:** Your policies and procedures manuals

for maintaining compliance with the FDCPA that were in place on the dates of the alleged calls.

**RESPONSE:**

Monarch objects to this Request as overbroad, unduly burdensome and seeking confidential and proprietary documents. Notwithstanding said objections, Monarch's training of its employees is ongoing and may vary depending on State or Country that the office is located in. A myriad of Monarch managers, supervisors, human resource employees, in-house counsel, and external counsel assist in the ongoing training of Monarch employees. Subject to the foregoing, a copy of Monarch's current Collector Training Manual and related manuals concerning the collectors and offices implicated by this Lawsuit will be produced pursuant to an appropriate confidentiality agreement or order. A privilege log is attached. Monarch also sometimes incorporates video presentations from the ACA International in some of its training.

**REQUEST FOR PRODUCTION NO. 21:** Your policies and procedures manuals for maintaining compliance with the TCPA that were in place on the dates of the alleged calls.

**RESPONSE:**

See objections and response to Request for Production No. 20, above.

**REQUEST FOR PRODUCTION NO. 22:** All documents upon which you base any

assertion that the alleged calls to Plaintiff or 301-620-2250 were not intended to be made by or for you or on your behalf.

**RESPONSE:**

Monarch objects to this Request as overbroad and unlimited in time, description or scope, and seeking documents that are not relevant to the allegations contained in the Complaint and not likely to lead to the discovery of admissible evidence. Subject to the foregoing, none at this time.

_____
Justin H. Homes – PHV (La. Bar No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002-7227
Telephone:   (504) 828-3700
Facsimile:   (504) 828-3737
Email:       jhomes@sessions-law.biz

and

Erin O. Millar
Federal Bar No. 28325
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street, Suite 1400
Baltimore, MD  21202-1636
Telephone: 410-347-8700
Facsimile: 410-234-2377
E-mail: emillar@wtplaw.com

*Attorneys for Defendant,
Monarch Recovery Management, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2011, a copy of the above and foregoing was forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid, to the following:

Michael C. Worsham, Esq.
1916 Cosner Road
Forest Hill, Maryland 21050-2210

Justin H. Homes
E-mail: jhomes@sessions-law.biz

\\sfnfs02\prolawdocs\9624\9624-28265\Lynn, Kevin M592611.doc