UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

KEVIN M. LYNN,

    Plaintiff,

v.

MONARCH RECOVERY
MANAGEMENT, INC.,

    Defendant.

Case No: 1:11-cv-02824-WDQ

### DEFENDANT, MONARCH RECOVERY MANAGEMENT, INC.'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Defendant, Monarch Recovery Management, Inc. ("Monarch"), through counsel, and pursuant to the Federal Rules of Civil Procedure, hereby responds to the Request for Admissions propounded by Plaintiff, Kevin M. Lynn, as follows:

**REQUEST FOR ADMISSION NO. 1:** The calls made to 301-620-22 were made by an *automatic telephone dialing system.*

**RESPONSE:**

Despite reasonable inquiry, Monarch is unable to admit or deny.

**REQUEST FOR ADMISSION NO. 2:** You or someone calling on your behalf made the calls on the dates alleged in paragraph 23 of the Complaint.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 3:** 800-503-3852 and 856-668-4520 were numbers

1

subscribed to by you on the dates alleged in paragraph 23 of the Complaint.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 4:** You were attempting to collect a *debt* as defined above on the dates the calls alleged in paragraph 23 of the Complaint were made.

**RESPONSE:**

Despite reasonable inquiry, Monarch is unable to admit or deny.

**REQUEST FOR ADMISSION NO. 5:** You are a *debt collector* as defined above.

**RESPONSE:**

Despite reasonable inquiry, Monarch is unable to admit or deny.

**REQUEST FOR ADMISSION NO. 6 :** You intended to call 301-620-2250 on the dates alleged in paragraph 23 of the Complaint.

**RESPONSE:**

Monarch admits it intended to call the relevant debtor(s) at telephone number 301-620-2250 on the dates alleged in paragraph 23 of the Complaint.

**REQUEST FOR ADMISSION NO. 7:** The name of the individual caller was not clearly stated at the beginning of the calls alleged in paragraph 23 of the Complaint.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 8:** The name of the business, individual or other

2

entity responsible for initiating the calls was not clearly stated for the calls alleged in paragraph 23 of the Complaint.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 9:** The purpose of the calls alleged in paragraph 23 of the Complaint included the acquisition of location information.

**RESPONSE:**

Denied as written. The purpose of the calls alleged in paragraph 23 of the Complaint was the collection of debts.

**REQUEST FOR ADMISSION NO. 10:** The calls alleged in paragraph 23 of the Complaint did not provide meaningful disclosure of the caller's identity.

**RESPONSE:**

Denied.

_____
Justin H. Homes – PHV (La. Bar No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002-7227
Telephone:  (504) 828-3700
Facsimile:  (504) 828-3737
Email:      jhomes@sessions-law.biz

and

Erin O. Millar
Federal Bar No. 28325
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street, Suite 1400

3

Baltimore, MD 21202-1636
Telephone: 410-347-8700
Facsimile: 410-234-2377
E-mail: emillar@wtplaw.com

*Attorneys for Defendant,*
*Monarch Recovery Management, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2011, a copy of the above and foregoing was forwarded to all counsel of record by placing a copy of same in the United States Mail, postage prepaid, to the following:

Michael C. Worsham, Esq.
1916 Cosner Road
Forest Hill, Maryland 21050-2210

_____
Justin H. Homes
E-mail: jhomes@sessions-law.biz

\\sfnfs02\prolawdocs\9624\9624-28265\Lynn, Kevin M\592573.doc

4