**Michael C. Worsham, Esq.**
1916 Cosner Road
Forest Hill, Maryland 21050-2210
(410) 557-6192
Fax: (410) 510-1870
mcw@worshamlaw.com

May 28, 2012

Honorable Paul W. Grimm
United States Magistrate Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201
(410) 962-2600
**Filed via ECF**

    Re:    Update on Plaintiff's Motion to Compel in
              *Lynn v. Monarch Recovery Management, Inc.*, Case #11-cv-2824-WDQ (D. Md.)

Dear Judge Grimm,

    Since my May 14, 20120 letter to you filed as ECF #27, I have not received any of the discovery promised to me by Monarch Recovery Management, Inc. (MRM) and its counsel. Accordingly I must consider as unresolved the items that had been identified in my May 14 letter as having been resolved. This is so particularly in light of the discovery deadline of June 6, 2012, and with the deposition of MRM and an inspection of MRM's dialer both scheduled for June 5, 2012.

    I will note that there is also a separately pending Motion to Compel regarding non-party Aspect Software, Inc., which is refusing to respond to Plaintiff's Subpoena. *See* ECF #28 (filed May 21, 2012).

    Thank you again for your assistance with these disputes.

Sincerely,

*/s/ Michael C. Worsham*

Michael C. Worsham

*Attorney for Plaintiff*

Federal Bar #25923