UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEVIN M. LYNN** | * | |
| *Plaintiff* | * | |
| | | Case #11-cv-2824-WDQ |
| v. | * | |
| **MONARCH RECOVERY MANAGEMENT, INC.** | * | |
| | * | |
| *Defendant* | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION AS TO "AUTOMATIC TELEPHONE DIALING SYSTEM"

The parties, Plaintiff Kevin M. Lynn, and Defendant Monarch Recovery Management, Inc. (MRM), through their respective counsel, file this Stipulation to resolve a discovery issue that is a part of two pending discovery Motions.

The parties agree and stipulate, for purposes of this suit only, that any telephone calls to telephone number 301-620-2250 at issue in this suit were made using Aspect dialer equipment that constitutes an "*automatic telephone dialing system*" as that term is defined by the federal Telephone Consumer Protection Act at 47 U.S.C. § 227(a)(1).

This Stipulation resolves Plaintiff's pending Motion to Compel non-party Aspect Software, Inc., ECF #28.

WHEREFORE the parties file this Stipulation.

Respectfully submitted,

  /s/   *Michael C. Worsham*
Michael C. Worsham, Esq.
1916 Cosner Road
Forest Hill, Maryland 21050-2210
(410) 557-6192
Fax: (410) 510-1870
mcw @ worshamlaw.com
Federal Bar #25923
*Attorney for Plaintiff*

and

<u>   /s/                                             </u>
Justin H. Homes, Esq.
Sessions, Fishman, Nathan & Israel, LLC
3850 N. Causeway Blvd.
Suite 200
Metairie, Louisiana 70002-7227
(504) 836-7931
Fax: 504-828-3737
jhomes @ sessions-law.biz
*Admitted Pro Hac Vice*
*Counsel for Monarch Recovery Management, Inc.*

## **CERTIFICATE OF SERVICE**

On June 8, 2012 a copy of this document was filed via the Court's ECF system.

<u>   /s/                                             </u>
Michael C. Worsham, Esq.