UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KEVIN M. LYNN** | * |
| | * |
| *Plaintiff* | |
| | *   Case #11-cv-2824-WDQ |
| v. | |
| | * |
| **MONARCH RECOVERY** | |
| **MANAGEMENT, INC.** | * |
| | |
| *Defendant* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

Plaintiff Kevin M. Lynn, through undersigned counsel, and Defendant Monarch Recovery Management, Inc. (MRM), through its counsel, file this Status Report pursuant to this Court's June 5, 2012 Amended Order, as amended:

a. **Whether discovery has been completed:**

Discovery is not completed. The deadline for Requests for Admissions is June 28, 2012. A portion of Plaintiff's Motion to Compel filed April 13, 2012 (ECF #24) is still pending. Plaintiff is still awaiting a response to a Subpoena issued to Bank of America.

b. **Whether any motions are pending:**

A Motion to Compel Discovery filed by Plaintiff Lynn (ECF #24) is still pending. Lynn expects to file a Motion challenging the protected status of limited third party account information disclosed for the first time on June 14, 2012, some of which was the subject of the pending Motion to Compel. Redacted third party account information and a privilege log were produced previously, and at the beginning of MRM's deposition on June 14, 2012, the unredacted third party account information was provided after Plaintiff Lynn agreed to a Stipulated Order, filed as ECF #34.

c. **Whether any party intends to file a dispositive pretrial motion:**

Plaintiff plans to file a dispositive motion regarding both liability and damages, including the injunctive relief sought in the Complaint. MRM anticipates filing a motion for summary judgment.

d. **Whether the case is to be tried jury or non-jury and the anticipated length of trial:**

Plaintiff has requested a jury trial. Plaintiff anticipates, depending on how many issues are resolved by dispositive motions, that the case would take two days to try before a jury.

e. **Status of settlement negotiations:**

On April 6, 2012 Plaintiff sent a written offer to counsel for MRM via email. MRM rejected the offer by not responding to the offer within the deadline.

f. **Referral of the case to another judge for settlement or other ADR conference:**

The parties believe that referral to a Magistrate Judge for mediation could only be possibly useful or of value for the parties after the dispositive Motions are heard and ruled on.

g. **Whether the parties consent to a Magistrate Judge:**

Plaintiff does not consent to a Magistrate Judge for trial at this time, but would consider so providing his jury trial request would be preserved. MRM does not consent to a Magistrate Judge.

h. **Other matters:**

Plaintiff is uncertain whether Bank of America will respond to the Subpoena now that it has been provided the unredacted third party account information that was only recently provided by MRM to Plaintiff, or whether a Motion to Compel will be necessary.

                                    Respectfully submitted,

                                    /s/   *Michael C. Worsham*
                                  Michael C. Worsham, Esq.
                                  mcw @ worshamlaw.com
                                  1916 Cosner Road
                                  Forest Hill, Maryland 21050-2210
                                  (410) 557-6192, Fax: (410) 510-2870
                                  Federal Bar # 25923
                                  *Attorney for Plaintiff*

      /s/   *Erin O. Millar*
Erin O. Millar, Esq.
Whiteford, Taylor & Preston, L.L.P.
7 St. Paul Street
Baltimore, MD 21202-1626
(410) 659-6424, Fax: (410) 223-4309
emillar@wtplaw.com

      /s/   *Justin Homes*
Justin Homes, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
3850 N. Causeway Blvd.
Suite 200
Metairie, LA 70002-7227
504-846-7931
Fax: 504-828-3737
jhomes@sessions-law.biz
(Admitted *pro hac vice*)
 *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on June 20, 2012 a copy of this document was served by the Court's ECF system.

      /s/
Michael C. Worsham, Esq.